3

Local Sample Required Form No. 1

## DECLARATION

Debtor(s)' Name(s)  Case No. __18-06239__

_Cherissa Shannon Tate_

I, _Cherissa Tate_, do hereby certify, under penalty of perjury, that the Mailing List, consisting of __2__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Dated: __05/31/2018__                    _____
                                          (Debtor)

_____              _____
(Attorney, if applicable)             (Spouse)

mmlrequirements/10/06

MML- 4

Cherissa Shannon Tate

State of Arizona Bankruptcy Court

# List of Creditors

# Creditor Information

Scott Clark Law

3008 N. 44th Street

Phoenix, AZ 85018

CREDIT ACCEPTANCE CORPOR

PO BOX 5070 CREDIT DISPUTE DEPT

SOUTHFIELD, MI 48086

(248) 353-2700

CAINE & WEINER

PO BOX 55848

SHERMAN OAKS, CA 91413

(818) 226-6000

JEFFERSON CAPITAL SYSTEM

16 MCLELAND RD

SAINT CLOUD, MN 56303

(866) 219-0725

Jefferson Capital Systems, LLC

16 McLeland Rd

Saint Cloud, MN 56303 1-833-851-5552

Village at Lakewood Rental Office

15815 S Lakewood Pkwy W, Phoenix, AZ 85048

Phone: (480) 642-9700


SRP Customer Correspondence

Customer Communications Services, CUB363

P.O. Box 52025

Phoenix, AZ 85072-2025


Xcel Energy

P.O. Box 9477

Minneapolis, MN 55484-9477